1  Mark T. Domeyer, Esq.
   CA Bar No. 135008
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   1665 Scenic Avenue, Suite 200
3  Costa Mesa, CA 92626
   (714) 481-9100 / FAX (714) 481-9144
4  File No. 08-80196

5  Attorneys for Secured Creditor
   COUNTRYWIDE HOME LOANS, INC.
6
                **UNITED STATES BANKRUPTCY COURT**
7                **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN JOSE DIVISION**
8
   In Re,                              | BK No.: 08-55140 AW
9  NATHANAEL S. DEVINE,
                                         Chapter 13
10            Debtor(s).
                                        **REQUEST FOR SPECIAL NOTICE**
11
   TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
12 ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13      PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14 Bankruptcy Rules, Secured Creditor, COUNTRYWIDE HOME LOANS, INC., requests that all

15 notices given in this case and all papers served or required to be served in this case (including,

16 but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and

17 Trustee's No-Asset Report), be given to and served upon the undersigned at the following

18 address and telephone number.

19      Mark T. Domeyer, Esq.
        MILES, BAUER, BERGSTROM & WINTERS, LLP
20      1665 Scenic Avenue, Suite 200
        Costa Mesa, CA 92626
21      PH (714) 481-9100

22 Dated:  9/26/08             MILES, BAUER, BERGSTROM & WINTERS, LLP

23                             By:  /s/ Mark T. Domeyer
                                    Mark T. Domeyer, Esq.
24                                  Attorney for Secured Creditor
   **(08-80196/ndrfsn.dot/prl)**

                                    1