| | |
|---|---|
| 1 | Mark T. Domeyer, Esq. |
|   | CA Bar No. 135008 |
| 2 | MILES, BAUER, BERGSTROM & WINTERS, LLP |
|   | 1231 E. Dyer Road, Suite 100 |
| 3 | Santa Ana, CA 92705 |
|   | (714) 481-9100 / FAX (714) 481-9144 |
| 4 | File No. 08-80196 |
| 5 | Attorneys for Secured Creditor |
|   | COUNTRYWIDE HOME LOANS SERVICING, L.P. |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

In Re,

NATHANAEL S. DEVINE,

        Debtor(s).

BK No.: 08-55140 AW

Chapter 13

**NOTICE OF CHANGE OF ADDRESS**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

     PLEASE TAKE NOTICE that the address for the above-referenced attorney for Secured Creditor, COUNTRYWIDE HOME LOANS SERVICING, L.P., has changed to:

     MILES, BAUER, BERGSTROM & WINTERS, LLP
     1231 E. Dyer Road, Suite 100
     Santa Ana, CA 92705

Dated: 04/01/10

MILES, BAUER, BERGSTROM & WINTERS, LLP

By:   /s/ Mark T. Domeyer
     Mark T. Domeyer, Esq.
     Attorney for Secured Creditor

(08-80196/ndcoa.dot/mi)

1